1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11 | RAYVONE ROBINSON,

12 |                             Plaintiff,

13 | v.

14 | J. GALLEGOS, Correctional Counselor,
FRANK SHARPE, Classification and
15 | Parole Representative,

16 |                             Defendants.

17

Case No.:  22-cv-01401-GPC-DEB

**ORDER DISMISSING CIVIL
ACTION FOR FAILING TO STATE
A CLAIM AND FOR FAILING TO
PROSECUTE IN COMPLIANCE
WITH COURT ORDER REQUIRING
AMENDMENT**

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Rayvone Robinson ("Plaintiff"), proceeding pro se and in forma pauperis, filed the instant civil rights action pursuant to 42 U.S.C. § 1983.  (Dkt. No. 1, Compl.) On March 7, 2023, this Court granted Defendants' unopposed motion to dismiss for failure to state a claim with leave to file an amended complaint on or before May 5, 2023. (Dkt. No. 16.)  Almost ninety days have passed since the Court's dismissal order, and 28 days have elapsed since Plaintiff's amended complaint was due.  Plaintiff has not filed an amended complaint, nor has he requested an extension of time in which to do so.  *See Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004) ("The failure of the plaintiff eventually to respond to the court's ultimatum—either by amending the complaint or

1

1 | indicating to the court that [she] will not do so—is properly met with the sanction of a
2 | Rule 41(b) dismissal.")
3 |      Accordingly, the Court DISMISSES this civil action in its entirety without further
4 | leave to amend based on Plaintiff's failure to state a claim upon which relief can be granted,
5 | and his failure to prosecute pursuant to Fed. R. Civ. P. 41(b) in compliance with the Court's
6 | March 7, 2023 order.  *See Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a
7 | plaintiff does not take advantage of the opportunity to fix his complaint, a district court
8 | may convert the dismissal of the complaint into dismissal of the entire action.").  The Court
9 | DIRECTS the Clerk of Court to enter a final judgment of dismissal and to close the file.
10 |      IT IS SO ORDERED.
11 | Dated:  June 2, 2023

Hon. Gonzalo P. Curiel
United States District Judge

2

22-cv-01401-GPC-DEB