

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rayvone Robinson<br><br>Plaintiff,<br>V.<br><br>Raymond Madden, Warden; J. Gallegos, Correctional Counselor I; Frank Sharpe, Classification and Parole Representative; Kathleen Allison, Secretary, CDCR<br>Defendant. | Civil Action No. 22-cv-01401-GPC-DEB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court DISMISSES this civil action in its entirety without further leave to amend based on Plaintiff's failure to state a claim upon which relief can be granted, and his failure to prosecute pursuant to Fed. R. Civ. P. 41(b) in compliance with the Court's March 7, 2023 order. The case is hereby closed.

Date: 6/2/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Olsen
J. Olsen, Deputy